UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHOANA JUCA AND VICTOR ARTEAGA, as Parents and Natural Guardians of K.A., and JHOANA JUCA and VICTOR ARTEAGA, Individually,<br><br>                              Plaintiffs,<br>       -v-<br><br>MEISHA ROSS PORTER, in her Official Capacity as the Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                              Defendants. | 21 Civ. 2457 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

   The Court has received an application from plaintiffs for a preliminary injunction ("PI") in connection with their claim for funding for the 2019-2020 school year under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400.  The Court orders defendants to respond to plaintiffs' application by Wednesday April 7, 2021.  The Court directs plaintiffs to serve this order today on defendants, and to file an affidavit reflecting such service on the docket of this case by the close of business on Tuesday, March 30, 2021.

   SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 29, 2021
   New York, New York