**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

March 29, 2021

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Juca et al. v. Porter et al. 21-cv-2457(PAE)*

Dear Judge Engelmayer:

      The undersigned is an attorney with the Brain Injury Rights Group, Ltd., attorney for the Plaintiffs in the above-referenced matter.

      Earlier today, I emailed a letter to Your Honor's chambers regarding the need to remove a document from Your Honor's Docket sheet at Entry # 9-1. Last night, the undersigned mistakenly filed an unredacted copy of the exhibit at #9-1, containing the minor Plaintiff's name and birthdate. I was referred to the Clerk's Office by Your Honor's law clerk.

      I spoke with the Clerk's office, and Document # 9-1 was placed under temporary seal. However, I was advised to follow with the instant application, requesting that Your Honor either remove the document from the Docket Sheet or Order that it be permanently sealed.

      Due to other deficiencies, the Declaration on Your Honor's Docket Sheet at # 9 has been re-filed as Document # 12 on Your Honor's Docket sheet, along with the two exhibits. Document # 12-1 is the redacted version of what is temporarily sealed at Document # 9-1. Document # 12-2 is the same document that is on Your Honor's Docket Sheet at # 9-2.

      Given that the Declaration at # 9 has been re-filed with the redacted exhibit, and the Defendants in this action have not yet been served – resulting in no prejudice or confusion to them – I would ask that the documents at Docket Entry # 9 (9, 9-1, and 9-2) be removed from the Court's Docket Sheet. In the alternative, I ask that Your Honor Order Docket Entry # 9-1 remain under permanent seal.

I once again sincerely apologize to the Court for this inconvenience and thank Your Honor for your time and assistance in this matter.

Respectfully,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB 2901)

Granted.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
3/29/2021